IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

NICHOLAS FELELLA,

    Plaintiff,

v.

Case No. 17-cv-868-wmc

COUNTY OF PORTAGE, ET AL,
STEVENS POINT POLICE DEPT. ET AL.
D/A'S OFFICE STEVENS POINT ET AL.,
PUBLIC DEFENDER'S OFFICE OF
STEVENS POINT ET AL., PORTAGE
COUNTY SHERIFF DEP. ET AL., and
THE ATTICA CORRECTIONAL ET AL.,

    Defendants.

## JUDGMENT IN A CIVIL CASE

    IT IS ORDERED AND ADJUDGED that judgment is entered closing this case.

/s/                                                                                               4/15/2019

Peter Oppeneer, Clerk of Court                             Date